LEONARD S. BAKER, ESQUIRE – I.D. #286441973
GREENBLATT, PIERCE, FUNT & FLORES, LLC
35 KINGS HIGHWAY EAST-STE. 200
HADDONFIELD, NJ 08033
(856)429-7750
FAX (856)427-0360

ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CASE NO. 1:09-cr-00922-NLH |
| ASHA RITCHARDS | : |

## AMENDED ORDER

THIS MATTER having been brought before this Court by Leonard S. Baker, Esquire, Attorney for the Defendant, Asha Ritchards, and agreed to by Assistant United States Attorney Jason Richardson, and not objected to by Pre-Trial Services Officer Elizabeth Auson,

IT IS on this __14th__ day of __December__, 2016, **ORDERED** that;

1. The Defendant's United States passport, currently in the possession of Pre-Trial Services may be returned to the Defendant on a temporary basis.
2. The passport may be picked up on __December 14 or later__ and returned to Pre-Trial Services when Ms. Ritchards returns from Italy.
3. The Defendant may travel to Italy from December 24, 2016 to January 4, 2017. She shall advise her Pre-Trial Officer of her arrival in Italy and return to the United States.

_Noel L. Hillman_
Noel L. Hillman, U.S.D.J.

1